MCGREGOR W. SCOTT
United States Attorney
ALEXANDRE M. DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff<br><br>　　v.<br><br>MIGUEL BEJINES,<br><br>　　　　　　　Defendant. | CASE NO. 1:21-MJ-00016-BAM<br><br>UNITED STATES' MOTION TO UNSEAL INDICTMENT, ARREST WARRANT, AND OTHER COURT FILINGS |

　　　The United States hereby moves this Court to unseal the Indictment, Arrest Warrant, and other court filings in this case. The defendant was arrested on February 26, 2021 in the Eastern District of California and will make his initial appearance on March 1, 2021. Therefore, the court filings must be unsealed to advise the defendant in open court of the charges against him.

DATED: February 26, 2020

　　　　　　　　　　　　　　　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　*/s/ Alexandre Dempsey*
　　　　　　　　　　　　　　　　　　　　　　　ALEXANDRE DEMPSEY
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> MIGUEL BEJINES, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 1:21-mj-00016-BAM <br><br> **UNSEALING ORDER** |

    Good cause appearing due to the defendant's pending initial appearance, it is hereby ordered that the Indictment, Arrest Warrant, and related court filings in the above case be UNSEALED.

IT IS SO ORDERED.

Dated: __**February 26, 2021**__        /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE